William D. Hyslop
United States Attorney
Eastern District of Washington
Richard C. Burson
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 04 2020

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ORLANDO RAUL RODRIGUEZ,<br><br>Defendant. | **1:20-CR-2030-SMJ**<br>INDICTMENT<br><br>Vio:  18 U.S.C. §§ 922(g)(1),<br>       924(a)(2)<br>       Felon in Possession of<br>       Firearm & Ammunition<br><br>       18 U.S.C. § 924, 28 U.S.C.<br>       § 2461<br>       Forfeiture Allegations |

The Grand Jury charges:

On or about March 9, 2020, in the Eastern District of Washington, the Defendant, ORLANDO RODRIGUEZ, knowing of his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit: a silver Ruger, SR9C 9mm pistol, bearing serial number 332-01131; 8 rounds of Cascade Cartridge, Inc., Blazer 9 mm caliber ammunition; 15 rounds of Winchester, Luger 9 mm caliber ammunition; and 23 rounds of Federal,

INDICTMENT – 1

Luger 9 mm caliber ammunition, which firearm and ammunition had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in this Indictment, the Defendant, ORLANDO RODRIGUEZ, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense.

DATED this 4th day of August, 2020.

_____
William D. Hyslop
United States Attorney

_____
Richard C. Burson
Assistant United States Attorney

INDICTMENT – 2