FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ORLANDO RAUL RODRIGUEZ,<br><br>Defendant. | No.   1:20-CR-02030-SMJ-1<br><br>**ORDER ACCEPTING GUILTY PLEA** |

The Court finds that Defendant's plea of guilty to Counts 1 and 4 of the Second Superseding Indictment is knowing, intelligent, and voluntary and is not induced by fear, coercion, or ignorance.  The Court finds that this plea is given with knowledge of the charged crimes, the essential elements of the charged crimes, the Government's evidence of the charged crimes, and the consequences thereof.  The Court further finds that the facts admitted to by Defendant in open court constitute the essential elements of the crimes charged.

Accordingly, **IT IS HEREBY ORDERED**:

1.     Defendant's guilty plea to Counts 1 and 4 are **ACCEPTED**.

2.     The trial date is **STRICKEN**.

//

//

//

ORDER ACCEPTING GUILTY PLEA – 1

3.    All pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The Clerk's Office is hereby directed to enter this order and furnish copies to all counsel.

**DATED** this 22nd day of June 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge